h WRIT DENIED.
An habitual offender adjudication consists of a “finding” ancillary to the imposition of sentence, not a “conviction.” See, e.g., State v. Dorthey, 623 So.2d 1276, 1279 (La.1993); State v. Mayweather, 28,271 (La.App.2d Cir. 06/26/96), 677 So.2d 594. Accordingly, we are convinced that a trial court retains authority to adjudicate and sentence a defendant as an habitual offender after an order of appeal has been entered. La.C.Cr.P. art. 916(8); State v. Fields, 96-0336 (La.App. 1st Cir. 03/27/97), 691 So.2d 747, 750-751, writ denied, 97-1081 (La.10/13/97), 703 So.2d 610; State v. Hopkins, 94-1530 (La.App. 3d Cir. 07/05/95), 663 So.2d 54; State v. Williams, 522 So.2d 1171 (La.App. 4th Cir.1988).